UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DAVID D'AMATO,

                Plaintiff,

     -against-

DAVID W. STARR, MAGIC TOUCH PRODUCTIONS,
KENT BARCLAY, GODADDY.COM, INTERCOSMOS
MEDIA GROUP, INC. D/B/A DIRECTNIC.COM,
BLOGSPOT.COM, GOOGLE.COM, BLOGGER.COM,
PYRA.COM, LTD., THEPLANET.COM, and
COMPUTER TYME HOSTING,

                Defendants.
-----------------------------------------------------------------x

**CV-06  2429** 

**COMPLAINT**

**Jury Trial Demanded**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAY 18 2006  ★

LONG ISLAND OFFICE

SEYBERT, J.

WALL, M.J.

     The Plaintiff, David D'Amato ("Plaintiff"), through his attorneys, Leeds, Morelli & Brown,
P.C. complaining of the Defendants, David W. Starr, Magic Touch Productions, Kent Barclay,
GoDaddy.com, Intercosmos Media Group d/b/a Directnic.com, Blogspot.com, Google.com,
Blogger.com, Pyra.Com, Ltd., ThePlanet.com, and Computer Tyme Hosting, respectfully alleges as
follows:

### INTRODUCTION

1.    The jurisdiction of this Court is invoked under 28 U.S.C. §1332 and the doctrine
of pendant jurisdiction.

2.    Venue is proper pursuant to 28 U.S.C. §1391(a)(2).

### PARTIES

3.    At all times hereinafter mentioned, the Plaintiff was and still is a resident of the
County of Nassau and the State of New York.

4.    Upon information and belief, at all times hereinafter mentioned, Defendant David
W. Starr was and still is a resident of the State of California.

5.    Upon information and belief, Defendant David W. Starr is the registrant and
operator of the following websites and blogs:
a. www.adultfilmcasting.com,
b. www.ticklefilms.com,
c. www.ticklishguyscasting.net,
d. www.adultfilmcasting.com,
e. www.ticklishguyscasting.ctyme.com/,

1

     f. www.ticklishguyscasting.blogspot.com,
     g. www.ticklefilms.blogspot.com, and
     h. www.ticklishguys.blogspot.com.

6.     Upon information and belief, Defendant David W. Starr has either submitted for
     posting or personally posted content to the following websites:
     a. www.damonkruezer.net,
     b. www.kruezeratnight.com, and
     c. www.ticklingforum.com.

7.     Upon information and belief, Defendant GoDaddy.com is a corporation organized
     and in existence pursuant to the laws of the State of Arizona, with principle place
     of business in Scottsdale, Arizona.

8.     Upon information and belief, GoDaddy.com hosts the following websites:
     a. www.damonkruezer.net,
     b. www.kruezeratnight.com,
     c. www.ticklishguyscasting.net, and
     d. www.ticklefilms.com.

9.     Upon information and belief, defendant Google.com is a corporation organized
     and in existence pursuant to the laws of the State of California, with principal
     place of business in Mountain View, California.

10.    Upon information and belief, Defendant Google.com owns and operates
     Blogger.com and Blogspot.com, which are doing business as Pyra.com, Ltd.

11.    Upon information and belief, Defendants Blogger.com and Blogspot.com host the
     following blogs:
     a. www.ticklishguyscasting.blogspot.com,
     b. www.ticklefilms.blogspot.com, and
     c. www.ticklishguys.blogspot.com

12.    Upon information and belief, Defendant Magic Touch Productions is a
     corporation organized and in existence pursuant to the laws of the State of
     Nevada with principle place of business in Las Vegas, Nevada.

13.    Upon information and belief, Defendant Magic Touch Productions operates the
     The Tickling Media Forum website, www.ticklingforum.com.

14.    Upon information and belief, Defendant Kent Barclay was and still is a resident
     of the Commonwealth of Massachusetts.

15.    Upon information and belief, Defendant Kent Barclay ("Barclay") is also known
     as Damon Kruezer.

16.     Upon information and belief, Barclay operates the following websites:
        a. www.damonkruezer.net and
        b. www.kruezeratnight.com.

17.     Upon information and belief, Defendant Intercosmos Media Group, d/b/a
        Directnic.com ("Intercosmos"), is a corporation organized and in existence
        pursuant to the laws of the State of Louisiana, with principal place of business in
        New Orleans, Louisiana.

18.     Upon information and belief, Defendant Intercosmos is the host and registrar of
        the website www.adultfilmcasting.com.

19.     Upon information and belief, Computer Tyme Hosting is a corporation organized
        and in existence pursuant to the laws of the State of California, with principal
        place of business in San Bruno, California.

20.     Upon information and belief, Defendant Computer Tyme Hosting hosts the
        website www.ticklishguyscasting.ctyme.com.

21.     Upon information and belief, Defendant ThePlanet.com is a corporation
        organized and in existence pursuant to the law of the Delaware, with principal
        place of business in Dallas, Texas.

22.     Upon information and belief, Defendant ThePlanet.com hosts the website
        www.ticklingforum.com.

## BACKGROUND FACTS

23.     Upon information and belief, Defendant David W. Starr ("Starr") has engaged in
        an ongoing, ever-growing and constantly changing pattern of posting, through the
        Internet, to the general public and to residents of the State of New York,
        information which is false and/or damaging to Plaintiff's reputation.

24.     Starr engages in this conduct by posting on the websites and blogs that are
        registered, hosted, or operated by each Defendant.

25.     To date, Plaintiff is aware of seven websites and three blogs involved in this
        conduct.

26.     However, the content, location, number of websites and blogs utilized by Starr
        and changes on a frequent, if not daily, basis.

27.     Upon information and belief, the following websites and blogs exist or have
        recently been created:

3

**www.adultfilmcasting.com**

28.  Upon information and belief, www.adultfilmcasting.com is a website owned operated by Starr, as bears a contact address which is the same as Starr's personal contact address.
<http://who.godaddy.com/whois.aspx?domain=adultfilmcasting.com&prog_id=godaddy.>

29.  Also, www.adultfilmscasting.com shares that contact address with its self-proclaimed "affiliated casting website," www.ticklefilms.com, which site electronically redirects to the web address of www.adultfilmcasting.com/ticklefilms.com/.

30.  Moreover, a search of the international WHOIS Database ("WHOIS"), which can be accessed from the website of any Internet domain registrar and which provides the names and contact information of the hosts, registrars, registrants, and contact persons for websites, lists Starr as the Technical Contact and Administrative Contact, and provides Starr's contact address for those contacts and for the website's registrant.
<http://who.godaddy.com/whois.aspx?domain=ticklefilms.com&prog_id=godaddy>

31.  Upon information and belief, www.adultfilmcasting.com is a website hosted by Defendant Intercosmos, as a WHOIS search reveals Intercosmos to be the registrar of the site and reveals Directnic.com to be the server for the website.
<http://who.godaddy.com/whois.aspx?domain=ticklefilms.com&prog_id=godaddy>

32.  Part of www.adultfilmcasting.com is the webpage:
http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html.

33.  Upon information and belief,
http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html was written and posted by Defendant Starr and hosted by Defendant Intercosmos.
<http://who.godaddy.com/whois.aspx?domain=ticklefilms.com&prog_id=godaddy>

34.  Intercosmos' Terms of Service state:

You agree to not use the System to:

1. upload, post, email or otherwise transmit any Content that is intended or likely to incite or otherwise promote imminent conduct that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's

4

privacy, hateful, or racially, ethnically or otherwise objectionable
or likely to produce such conduct; …

11. collect or store personal data about other users without their
prior, written and informed consent; …

13. collect or store personal data about other users without their
prior, written and informed consent. …

…

h. Content Submitted.

    i.    You agree that we and our designees have the right to:

        1.  refuse or move any Content that is available through our System
           and

        2.  remove any Content that violates this Agreement or is otherwise
           objectionable.

<www.directnic.com/legal/>

35. The entire webpage http://www.adultfilmcasting.com/ticklefilms.com//perverted-
education.html, is devoted to the schools at which Plaintiff has previously been
employed and the schools which Plaintiff has previously attended.
<http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html>

36. The webpage http://www.adultfilmcasting.com/ticklefilms.com//perverted-
education.html reaches out to the general public, but Starr targets former
classmates and students of Plaintiff, an educator, requesting that they submit
"yearbook pictures or comments with David D'Amato in them." The webpage
http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html also
states regarding Plaintiff that, "We also welcome a copy of anything that he wrote
in your yearbooks."
<http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html>

37. The webpage http://www.adultfilmcasting.com/ticklefilms.com//perverted-
education.html also implores readers to return to read stories about Plaintiff,
specifically about the "exciting, fascinating and sometimes disgusting details of
the beginnings of the life of a cyber stalker."
<http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html>

38. Upon information and belief, because almost all of the schools listed on
http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html are
located in New York, Defendants Starr and Intercosmos are reaching out to

5

people in New York.
<http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html>

39.     The webpage http://www.adultfilmcasting.com/ticklefilms.com//perverted-
education.html also provides a direct link to the website
www.ticklishguyscasting.net.

40.     However, beyond simply stating the schools Plaintiff attended or at which
Plaintiff worked, http://www.adultfilmcasting.com/ticklefilms.com//perverted-
education.html also:
a. with deliberate falsehood, thrice calls Plaintiff a " convicted Federal cyber
stalker,"
b. with deliberate falsehood, twice refers to him as a "pervert," and
c. with deliberate falsehood, once states that it views a particular period in
Plaintiff's educational history with "silent disgust."
<http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html>

41.     Upon information and belief, the website www.adultfilmcasting.com is reaching
out to people in New York by soliciting them be cast in adult films.
<http://www.adultfilmcasting.com>

42.     Specifically, the website www.adultfilmcasting.com asks those who visit it
whether they are "willing to travel to Los Angeles, California if we travel for your
airfare and hotel?" <http://www.adultfilmcasting.com>

43.     This question indicates that www.adultfilmcasting.com is not simply targeting
people in California, but also targeting people in other states, including New
York. <http://www.adultfilmcasting.com>

44.     Upon information and belief, because Intercosmos hosts
www.adultfilmscasting.com, www.adultfilmscasting.com is subject to
Intercosmos' Terms of Service (as referred to in Paragraph 34 above).

45.     Upon information and belief, even though Plaintiff noticed Intercosmos of the
aforementioned violations of Intercosmos' Terms of Service (as referred to in
Paragraph 34 above), Intercosmos did not take any corrective action to remove
this content violative of Intercosmos' Terms of Service (as referred to in
Paragraph 34 above).

46.     By not taking corrective action, Intercosmos are thereby condoning Starr's
deliberately false postings.

47.     In addition, because Intercosmos has not taken corrective action, Plaintiff has
suffered irreparable harm.

### www.damonkruezer.net

48.   Upon information and belief, www.damonkruezer.net, a website which states that
it is a website for "gay entertainment news, gossip, and DVD reviews," is
operated by Kent Barclay, who, upon information and belief, uses the pseudonym
of Damon Kruezer.
http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
&lr=&strip=1

49.   The website www.damonkruezer.net is currently down, but it is cached online,
and there is no indication that site has been permanently disabled.

50.   A WHOIS search reveals Barclay to be the registrant of www.damonkruezer.net.
<http://who.godaddy.com/whois.aspx?domain=damonkruezer.net&prog_id=goda
ddy)>

51.   Upon information and belief, Barclay refers to his alter ego, Damon Kruezer, in
the first person, and the website has a link to the email addresses damon-and-
s@damonkruezer.net., as well as damon@damonkruezer.net.
<http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
&lr=&strip=1>

52.   Upon information and belief, Defendant GoDaddy.com ("GoDaddy") is both the
registrar and website host of www.damonkruezer.net.   A WHOIS search reveals
that the website is registered through GoDaddy and that the website
www.damonkruezer.net is on GoDaddy's web server, WSC1.JOMAX.NET.
<http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
&lr=&strip=1>;
<http://who.godaddy.com/whois.aspx?domain=damonkruezer.net&prog_id=goda
ddy)>

53.   The general Terms of Service for GoDaddy.com are:

5. NO UNLAWFUL CONDUCT OR IMPROPER USE.

As a condition of Your use of Go Daddy 's Software and Services,
You agree not to use them for any purpose that is unlawful or
prohibited by these terms and conditions, and You agree to comply
with any applicable local, state, federal and international laws,
government rules or requirements. …

Except as set forth below, Go Daddy may also cancel Your use of
the Services, after thirty (30) days, if You are using the Services in
association with spam or morally objectionable activities. Morally
objectionable activities will include, but not be limited to:
activities designed to defame, embarrass, harm, abuse, threaten,
slander or harass third parties; … activities that are tortuous,

7

vulgar, obscene, invasive of the privacy of a third party, racially, ethnically, or otherwise objectionable; …

<https://www.godaddy.com/gdshop/agreements.asp?se=%2B&ci=291>

54.   Go Daddy's general Terms of Service also provide that:

Go Daddy reserves the right at all times to disclose any information as Go Daddy deems necessary to satisfy any applicable law, regulation, legal process or governmental request, or to edit, refuse to post or to remove any information or materials, in whole or in part, in Go Daddy 's sole discretion.

…

Go Daddy reserves the right to terminate Services if Your usage of the Services results in, or is the subject of, legal action or threatened legal action, against Go Daddy or any of its affiliates or partners, without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit. …

<https://www.godaddy.com/gdshop/agreements.asp?se=%2B&ci=291>

55.   On the website www.damonkruezer.net, Barclay states that it has been "accurately" reported that Dexx Jones ("Jones"), who operates some websites relating to gay pornography and also operates the website www.ticklishguysonline.com, "has been working with D'Amato for over a year now." This statement is a deliberate falsehood. <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en &lr=&strip=1>

56.   Barclay refers, in www.damonkruezer.net, to a newsletter by Starr, which is, in part, "concerning … the 'Tickle Lady' D'Amato." <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en &lr=&strip=1>

57.   Barclay also presents, in www.damonkruezer.net, what he states is a quote that is "unedited, unchanged and exactly as written by DAVID STARR." <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en &lr=&strip=1>

58.   In that quote on www.damonkruezer.net, Starr states that Plaintiff is a "liar" and that Jones is a "Borg" who receives "thought infusion[s]" from Plaintiff and whose "opinion has became D'Amato's." <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en &lr=&strip=1>

59.   Starr also suggests that Jones should "distance himself from, 'the tickle people,'
      AKA David D'Amato, who called himself a girl named Tracy ..." This statement
      is a deliberate falsehood.
      <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
      &lr=&strip=1>

60.   At the end of that quote, Starr and Barclay have placed a link to Starr's blog
      regarding Plaintiff: www.ticklishguyscasting.blogspot.com, now also found at
      www.ticklishguyscasting.ctyme.com/.
      <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
      &lr=&strip=1>

61.   Elsewhere in www.damonkruezer.net, Barclay posts, under the heading "Ticklish
      Guys Casting: The Power of the Sword of Truth," the following deliberately false
      quote from Starr:

      'He is doing everything that he can in order to get the domain
      TicklishGuysCasting.net cancelled. Isn't it really amazing that he
      should know that this is a perfect example of the pot calling the
      kettle black?' - DAVID STARR

      http://ticklishguyscasting.blogspot.com/ for the entire fascinating
      expose'

      <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruez
      er.net/+&hl=en&lr=&strip=1>

62.   Although that quote does not refer explicitly to Plaintiff, it is clear that the quote
      refers to Plaintiff, since both websites referred to by Starr and posted by Barclay
      are or bounce to the Starr's blog about the Plaintiff, located at
      http://ticklishguyscasting.ctyme.com/blog.html.
      <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
      &lr=&strip=1>

63.   Upon information and belief, the website www.damonkruezer.net is reaching out
      to people in New York by speaking on a matter (gay pornography) that interests
      individuals throughout the United States, including New York.
      <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
      &lr=&strip=1>

64.   Moreover, by posting regarding Plaintiff, who is probably best known to people
      in New York, Barclay and Starr are using www.damonkruezer.net to reach people
      in New York.
      <http://72.14.207.104/search?q=cache:DdDF0Fab7kJ:damonkruezer.net/+&hl=en
      &lr=&strip=1>

9

65.     Upon information and belief, because GoDaddy.com is the registrar and website
        hosting provider of www.damonkruezer.net, www.damonkruezer.net is subject to
        GoDaddy.com's Terms of Service (as referred to Paragraphs 53 and 54 above).

66.     Upon information and belief, even though Plaintiff noticed Barclay and GoDaddy
        of the aforementioned violations of GoDaddy's Terms of Service (as referred to
        Paragraphs 53 and 54 above), GoDaddy and Barclay did not take any corrective
        action to remove this content violative of GoDaddy's Terms of Service (as
        referred to Paragraphs 53 and 54 above).

67.     By not taking corrective action, GoDaddy and Barclay thereby are condoning
        Starr's deliberately false postings.

68.     In addition, because neither GoDaddy nor Barclay has taken corrective action,
        Plaintiff has suffered irreparable harm.

### www.kruezeratnight.com

69.     Upon information and belief, www.kruezeratnight.com, a website which contains
        a link to www.damonkruezer.net and to which www.damonkruezer.net contains a
        link, is operated by Barclay, also using the pseudonym of Damon Kruezer.
        <http://www.kruezeratnight.com>

70.     A WHOIS search reveals Barclay to be the registrant, administrative contact, and
        technical contact of www.damonkruezer.net.
        <http://who.godaddy.com/whois.aspx?domain=kruezeratnight.com&prog_id=god
        addy>

71.     In the website, Barclay refers to his alter ego, Damon Kruezer, in the first person,
        and the website has a link to an email address of damon@kruezeratnight.com.
        <http://www.kruezeratnight.com>

72.     Upon information and belief, Defendant GoDaddy.com ("GoDaddy") is both the
        registrar and website hosting provider of www.kruezeratnight.com, as revealed by
        a WHOIS database search.
        <http://who.godaddy.com/whois.aspx?domain=kruezeratnight.com&prog_id=god
        addy>

73.     Under the headline "Another Starr Victory for the 1st Amendment and Justice,"
        Barclay posts another quote from Starr:

        We have won our first 'legal arena' battle against D'Amato and his
        cronies. Yesterday the D'Amato team of legal eagles served our
        provider a notice to remove certain content and they complied. The
        glorious legal eagle of the Alliance rose up and defended the

provider's rights under the 1st Amendment to publish known facts about the federally convicted D'Amato, thus validating The Alliance as a credible news outlet.
The Alliance was victorious ... again. In less then 18 hours the people's right to know was completely restored with [sic] apologies. There is one fact that is quite common in the D'Amato camp -- they tend to choose the losing side.
<http://www.kruezeratnight.com>

74.  Upon information and belief, the website www.kruezeratnight.com is reaching out to people in New York by speaking on a matter (gay pornography) that interests individuals throughout the United States, including New York.
<http://www.kruezeratnight.com>

75.  Moreover, by posting regarding Plaintiff, who is probably best known to people in New York, Barclay and Starr are using www.kruezeratnight.com to reach people in New York. <http://www.kruezeratnight.com>

76.  Upon information and belief, because GoDaddy.com is the registrar and website hosting provider of www.kruezeratnight.com, www.kruezeratnight.com is subject to GoDaddy.com's Terms of Service (as referred to Paragraphs 49 and 50 above).

77.  Upon information and belief, even though Plaintiff noticed Barclay and GoDaddy of the aforementioned violations of GoDaddy's Terms of Service (as referred to Paragraphs 53 and 54 above), GoDaddy and Barclay did not take any corrective action to remove this content violative of GoDaddy's Terms of Service (as referred to Paragraphs 53 and 54 above).

78.  By not taking corrective action, GoDaddy and Barclay thereby are condoning Starr's deliberately false postings.

79.  In addition, because neither GoDaddy nor Barclay has taken corrective action, Plaintiff has suffered irreparable harm.

### www.ticklefilms.com

80.  Upon information and belief, Starr operates this website, as he is listed as the registrant of the site on WHOIS.
<http://who.godaddy.com/whois.aspx?domain=ticklefilms.com&prog_id=godaddy>

81.  Upon information and belief, GoDaddy is both the registrar and website hosting provider of www.ticklefilms.com, as revealed by a WHOIS search.
<http://who.godaddy.com/whois.aspx?domain=ticklefilms.com&prog_id=godaddy>

82. The website www.ticklefilms.com bounces directly to http://www.adultfilmcasting.com/ticklefilms.com/, one of the other websites complained of by Plaintiff herein. <www.ticklefilms.com>

83. Upon information and belief, the website www.ticklefilms.com is reaching out to people in New York by soliciting them be cast in adult films. <http://www.adultfilmcasting.com/ticklefilms.com/>

84. Specifically, the website www.ticklefilms.com asks its visitors whether they are "willing to travel to Los Angeles, California if we pay for your airfare and hotel?" <http://www.adultfilmcasting.com>

85. This question indicates that www.ticklefilms.com is not simply targeting people in California, but is also targeting people in other states, including New York. <http://www.adultfilmcasting.com/ticklefilms.com/>

86. Upon information and belief, because GoDaddy.com is the registrar and website hosting provider of www.ticklefilms.com, www.ticklefilms.com is subject to GoDaddy.com's Terms of Service (as referred to Paragraphs 53 and 54 above).

87. Upon information and belief, even though Plaintiff noticed GoDaddy of the aforementioned violations of GoDaddy's Terms of Service (as referred to Paragraphs 53 and 54 above), GoDaddy did not take any corrective action to remove this content violative of GoDaddy's Terms of Service (as referred to Paragraphs 53 and 54 above).

88. By not taking corrective action, GoDaddy is thereby condoning Starr's deliberately false postings.

89. In addition, because GoDaddy has not taken any corrective action, Plaintiff has suffered irreparable harm.

### www.ticklingforum.com

90. Upon information and belief, Defendant Magic Touch Productions ("Magic Touch") operates www.ticklingforum.com (known as The Tickling Media Forum) as Magic Touch is listed, on WHOIS, as the Administrative Contact and "Organization" for the website. <http://who.godaddy.com/whois.aspx?domain=ticklingforum.com&prog_id=godaddy>

91. Upon information and belief, Defendant ThePlanet.com ("ThePlanet") hosts the website www.ticklingforum.com, as WHOIS lists ThePlanet as the registrar for www.ticklingforum.com and ThePlanet's servers are listed, on WHOIS, as the

servers for www.ticklingforum.
<http://who.godaddy.com/whois.aspx?domain=ticklingforum.com&prog_id=goda
ddy>

92.     The general Terms of Service for ThePlanet.com are:

Acceptable Use Policy [later abbreviated AUP].

…

Prohibited Content

Customers shall not allow the posting, transmission, or storage of
data and content on or through the Services which … constitutes a
violation of any relevant law, regulation, ordinance, or court order.

…

Violations of AUP

The Planet may enforce this AUP with or without notice to a Customer by any
actions it deems necessary in its sole discretion, including the following:

- Disabling access to a Customer's content that violates this AUP

- Removal of DNS records from Servers

- Blocking mail or any other network service

- Effecting IP address null routing

- Suspending or terminating of a Customer's service

- Taking direct action against a Customer's users and customers.

The aforementioned list of actions shall not be construed in any way to limit the
actions or remedies that The Planet may take to enforce and ensure compliance
with this AUP. …

The Planet reserves the right at all times to investigate any actual, suspected, or
alleged violations of this AUP, with such investigation to include accessing of
data and records on, or associated with, any Server.

<http://www.theplanet.com/legal/index.html>

93.     The website www.ticklingforum.com has a threaded format, in which users can
post comments and reply to the comments posted by other users.
<http://who.godaddy.com/whois.aspx?domain=ticklingforum.com&prog_id=goda
ddy>

94.     A search on www.ticklingforum.com indicates that Starr posted to
        www.ticklingforum.com no less than twenty times between January 20, 2004 and
        April 28, 2006. <http://www.ticklingforum.com/search.php>

95.     Of the twenty distinct posts found by Plaintiff on www.ticklingforum.com,
        thirteen posts speak about Plaintiff by his legal name or by the names, Terri
        Tickle or Terri DiSisto, which Plaintiff allegedly formerly utilized. These posts
        are deliberate falsehoods. <http://www.ticklingforum.com/search.php>

96.     Some of the posts regarding Plaintiff attribute ownership of numerous domains,
        such as www.ticklishguyscasting.com and www.ticklishguysonline.com, to
        Plaintiff's registry, ownership, and control. These posts are deliberate falsehoods.
        <http://www.ticklingforum.com/search.php>

97.     Of these postings regarding Plaintiff, each was viewed countless times, with a
        minimum of at least 320 viewers and a maximum of at least 2,720 viewers per
        post. <http://www.ticklingforum.com/search.php>

98.     Among the posts by Starr is one entitled, "He is at it again," in which Starr writes
        "Hello, David D'Amato is back at it again... read the expose' at
        http://www.ticklishguyscasting.net --- many pages of new stuff this prick is
        doing." These statements are deliberate falsehoods.
        <http://www.ticklingforum.com/search.php>

99.     Also among the posts by Starr is a post in which Starr calls Plaintiff "cyber
        stalker David D'Amato." These statements are deliberate falsehoods.
        <http://www.ticklingforum.com/search.php>

100.    In another post, Starr feeds into another poster's expressed (but unfounded)
        anxiety about Plaintiff by posting, "Please come to the
        http://www.ticklishguyscasting.net and leave us your story. We may run a special
        issue on it, or include it in an upcoming Alliance News release."
        <http://www.ticklingforum.com/search.php>

101.    Starr's other posts on www.ticklingforum.com, too numerous to detail in this
        Complaint, are similar in substance and tone and are deliberate falsehoods.
        <http://www.ticklingforum.com/search.php>

102.    Upon information and belief, www.ticklingforum.com has reached out to
        individuals in New York, by providing a forum for threaded posting and internet
        chat, including to users of www.ticklingforum.com in New York.

103.    Because ThePlanet.com is the registrar and website hosting provider of
        www.tickleforum.com, www.tickleforum.com is subject to The Planet.com Terms
        of Service (as referred to in Paragraph 92 above).

104. Upon information and belief, even though Plaintiff noticed ThePlanet of the aforementioned violations of ThePlanet's Terms of Service (as referred to in Paragraph 92 above), ThePlanet did not take any corrective action to remove this content violative of ThePlanet's Terms of Service (as referred to in Paragraph 92 above).

105. By not taking corrective action, ThePlanet is thereby condoning Starr's deliberately false postings.

106. In addition, because ThePlanet has not taken corrective action, Plaintiff has suffered irreparable harm.

**www.ticklishguyscasting.blogspot.com, www.ticklefilms.blogspot.com, and www.ticklishguys.blogspot.com**

107. Upon information and belief, www.ticklishguyscasting.blogspot.com, entitled "Ticklish Guys Online – An Expose' on David D'Amato, AKA 'Terri Disisto' The Tickle Lady" is operated by Starr, as he states, in the text of www.ticklishguyscasting.blogspot.com, that he is "the creator and administrator of this website." <http://ticklishguyscasting.ctyme.com/blog.html>

108. Blogger.com's Terms of Service state: "Member agrees not to transmit through the Service any unlawful, harassing, libelous, abusive, threatening, or harmful material of any kind or nature." <http://www.blogger.com/terms.g>

109. Blogspot.com's Terms of Service state: "MEMBER CONDUCT …

You agree to not use the Service to: (a) upload, post or otherwise transmit any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable …" <http://www.blogger.com/terms.g>

110. In addition, Blogspot.com's Terms of Service state:

You acknowledge … that Pyra and its designees shall have the right … in their sole discretion to refuse or remove any Content that is available via the Service. Without limiting the foregoing, Pyra and its designees shall have the right to remove any Content that violates the TOS or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content.
<http://www.blogger.com/terms.g>

15

111.    When one clicks on the link in www.ticklishguyscasting.blogspot.com ("Casting Blog") to "View My Complete Profile," one is taken to a webpage with the heading "David90212." <http://www.blogger.com/profile/16799304>

112.    Upon information and belief, "David90212" is composed of Starr's first name and mailing address zip code. <http://who.godaddy.com/whois.aspx?domain=adultfilmcasting.com&prog_id=g odaddy>

113.    Upon information and belief, "David90212" is Starr's user identification for Blogger.com and Blogspot.com.

114.    The webpage with the heading "David90212" (referenced in Paragraph 111 above) contains the names of the Casting Blog and of two other blogs, www.ticklefilms.blogspot.com ("Film Blog") and www.ticklishguys.blogspot.com ("Guys Blog"). <http://www.blogger.com/profile/16799304>

115.    Upon information and belief, all three blogs are hosted by Blogspot.com, as all three blogs contain Blogspot.com's internet address format, www.[name of blog].blogspot.com. <http://www.blogger.com/profile/16799304>

116.    All three blogs now re-direct to http://ticklishguyscasting.ctyme.com/index.html, which contains content regarding Plaintiff and a link to http://ticklishguyscasting.ctyme.com/blog.html, the new location for the Casting Blog. <http://www.ticklefilms.blogspot.com>; <http://www.ticklishguys.blogspot.com>; <http://www.ticklishguyscasting.blogspot.com>; <http://ticklishguyscasting.ctyme.com/index.html>

117.    The Guys Blog has contained postings by "David90212" and a link to the Casting Blog. <http://www.ticklishguys.blogspot.com>

118.    The Guys Blog has contained a comment in response to a posting by "David90212," which comment has an "anonymous" author but was "Cleared for immediate publication by David Starr of TickleFilms (comments invited at davidstarr@ticklefilms.com." <http://www.ticklishguys.blogspot.com>;

119.    That comment posted on the Guys Blog includes, but is not limited to, the following deliberately false statements about Plaintiff:
a. that some websites, "through their owner David P. D'Amato have publicly stated that they will steal footage and put up footage that the model expressly does not want to appear"
b. that a specific kind of "abuse is well established as one of David P. D'Amato's favorites";

16

c. that now "D'Amato decides to pirate anything and everything he could get his filthy hands on";

d. that "I think that D'Amato has some serious mental health issues....";  and asking

e. "Would you want this Fat Fuck D'Amato giving advice to any of your children, or your friend's kids? I think not";

<http://www.ticklishguys.blogspot.com>

120.    The Films Blog had contained postings by "David90212" and a link to the e-mail address fraud@ticklefilms.com, an email address at www.ticklefilms.com, which, upon information and belief, is operated by Starr.

<http://www.ticklefilms.blogspot.com>

121.    The Films Blog has falsely stated that, "The name TickleFilms.NET has been illegally registered by well known tickle person David P. D'Amato ..., a guy who pretends to be a female in order to lure guys into vulnerable situations. Guys have been hurt." <http://www.ticklefilms.blogspot.com>

122.    The Casting Blog has contained the largest amount of deliberately false material directed at Plaintiff. Included on that blog are the following:

a. Fictional "articles" and a newsletter about Plaintiff and about issues and people Starr believes to be involved with Plaintiff

b. A song, "dedicated to David D'Amato," regarding a man who wishes to be a woman, set to the tune of a song from *The Wizard of Oz*

c. A photograph of the woman Plaintiff allegedly impersonated, with the caption, "This is the woman that David D'Amato was pretending to be while cyber stalking his victims," and, next to that photograph, a low-quality photograph of Plaintiff, followed by the quote, "...and this is what he really looks like."

d. A section for "Feedback and Frequently Asked Questions."

e. A set of eight distinct e-mail addresses, all ending in "@ticklishguyscasting.net," through which readers can allegedly report information to Starr about Plaintiff.

f. Under the heading "The Multiple Personalities of David D'Amato," a list of names and website addresses which Starr improperly believes are utilized by Plaintiff.

    1. That list contains the following commentaries:

        (a) "It is clear that David D'Amato is not happy with himself, so he decided that he would like to impersonate many other people instead... We have provided some of the many emails that David D'Amato can be reached at, and the associated name if we have it."

        (b) "David D'Amato also likes to create sites using other people's [sic] names and companies... several of them are identified below. Please note that not one of the below sites are authorized by the people victimized, but provided only to show the obsession of David D'Amato with other people and companies that are not his."

17

(c) "Due to the absolute failure of David D'Amato to build a credible reputation in the tickling world, he tries to ride off other people's [sic], his favorite being the well-established company TickleFilm's, who refused to work with him anymore in 2005 -- the proof is in the whois of the below domains by observing the created on dates... TickleFilms has been around since 1998, nd [sic] all the others below havebeen [sic] created 2005 and after..."

(d) "Most of the sites are stupid and are provided here to show the depth David D'Amato will sink to, and as a warning to prospective models who would otherwise work with him, by providing them a glance into their future."

2. That list includes the following websites, all of which Starr alleges are "[k]nown sites that David D'Amato uses to lure victims into his snare: ...," but none of which are actually operated by or any manner owned or controlled by Plaintiff:

(a) ticklishguysonline.com

(b) ticklishguysonline.nl

(c) ticklishguyscasting.com

(d) ticklefilmscasting.com

g. Articles on cyber stalking

h. A link to an Internet article, where the link from the Casting Blog asks "Does D'Amato qualify as a f*ckhead?"

i. A link to Plaintiff's alleged MySpace.com profile, headed by the words, "David D'Amato Appoints Himself as an Assistance District Attorney for New York City."

j. Various government and court documents relating to Plaintiff's criminal misdemeanor case, unredacted.

k. Articles on that criminal misdemeanor case.

l. Alleged articles about alleged victims or alleged potential victims of Plaintiff.

m. Alleged articles about Plaintiff's alleged impersonation of Ms. DiSisto.

n. Introductory headlines referring to Plaintiff as a "cyber stalker" twice and once as "much hated federal convicted stalker David D'Amato," even though Plaintiff was not investigated for, charged with, or convicted of stalking of any kind.

o. A link to a listing of the schools where Plaintiff attended or worked, much like the aforementioned list (in Paragraph 35 above), except containing, upon information and belief, a photograph of Plaintiff from the West Hempstead High School yearbook, posted without Plaintiff's written consent and located at http://www.ticklishguyscasting.net/perverted-education.html.

p. A headline above all of the aforementioned sections which states, "Links about David D'Amato... The most famous CyberStalker in Internet History."

p. A banner promising more, similar items in the future.

q. A scrolling banner which reads, "David D'Amato used a high powered New York attorney to try to close down parts of this site. He experienced utter failure and got to pay a nice hefty legal fee for nothing! The site and its contents are still

18

here and will remain here for your viewing pleasure and education. Thank you 1st Amendment and United States District Court of Boston, Massachusetts!!"
r. A solicitation to readers for internet banners, stating: "We have received many, many request to link to us and we need a banner for the sites to place in their links list. We will need a few of them of various sizes. Please create and send to SUBMISSIONS. The sooner banners start coming in, the sooner the word about D'Amato and his cyberstalking gets out further. Thank you!"
<http://www.ticklishguyscasting.blogspot.com>;
<http://ticklishguyscasting.ctyme.com/index.html>

123.   The Films Blog and the Guys Blog have been removed, and navigation to those blog now takes an internet user to www.ticklishguyscasting.net, as described in Paragraphs 137 through 148 below. <http://www.ticklefilms.blogspot.com>;
<http://www.ticklishguys.blogspot.com>;
<http://www.adultfilmcasting.com/ticklefilms.com//perverted-education.html>; >

124.   Upon information and belief, all three blogs are engaging with individuals in New York by asking for their feedback, especially from those who know Plaintiff or are interested in the Plaintiff's alleged missteps.
<http://www.ticklefilms.blogspot.com>;
<http://www.ticklishguys.blogspot.com>;
<http://www.ticklishguyscasting.blogspot.com>;
<http://ticklishguyscasting.ctyme.com/index.html>

125.   This relationship with New York is especially strong in the Casting Blog, wherein the Casting Blog states, as a non-exclusive example:
a. "We will allow postings, but not from the unidentified. Register, and your comments will be published …"
b. "Please create and send to SUBMISSIONS. The sooner banners start coming in, the sooner the word about D'Amato and his cyberstalking gets out further."
c. " FAQ about David D'Amato. Last updated 4/18/2006, version 1.0 … Click here to submit a new FAQ. … Click here to send feedback or tell us what you would like to see on the website - this address may be used to submit David D'Amato documents you may have that you would like to see online.
<http://www.ticklefilms.blogspot.com>;
<http://www.ticklishguys.blogspot.com>;
<http://www.ticklishguyscasting.blogspot.com>;
<http://ticklishguyscasting.ctyme.com/index.html>

126.   Upon information and belief, even though Plaintiff noticed Blogger.com and Blogspot.com of the aforementioned violations of the Blogger.com and Blogspot.com Terms of Service (as referenced in Paragraphs 108 through 110 above), neither Pyra.com, Ltd., nor Blogger.com, nor Blogspot.com took any corrective action to remove the content violative of the Blogger.com and Blogspot.com Terms of Service (as referenced in Paragraphs 108 through 110

above).

127.    By not taking corrective action, Blogger.com, Blogspot.com, and Pyra.com, Ltd.
        are thereby condoning Starr's deliberately false postings.

128.    In addition, because neither Blogger.com, nor Blogspot.com, nor Pyra.com, Ltd.
        has taken correction action, Plaintiff has suffered irreparable harm.

### www.ticklishguyscasting.ctyme.com

129.    Upon information and belief, Starr operates www.ticklishguyscasting.ctyme.com,
        as the website's address, which includes the phrase "ticklishguyscasting," is
        similar to other websites operated by Starr, including
        www.ticklishguyscasting.blogspot.com and www.ticklishguyscasting.net.
        <http://www.ticklishguyscasting.ctyme.com>

130.    Moreover, the postings on www.ticklishguyscasting.ctyme.com  were made
        within days of Plaintiff's demand for Starr to terminate any such postings on other
        websites.

131.    Upon information and belief, www.ticklishguyscasting.ctyme.com is hosted by
        Defendant Computer Tyme Hosting ("Computer Tyme"), as the website bears
        Computer Tyme's website name, www.ctyme.com.

132.    The website www.ticklishguyscasting.ctyme.com now hosts the aforementioned
        Casting Blog at http://ticklishguyscasting.ctyme.com/blog.html.
        <http://ticklishguyscasting.ctyme.com/blog.html>

133.    The website www.ticklishguyscasting.ctyme.com also contains the following
        links to the following unredacted documents:
        a. To the Information in Plaintiff's criminal misdemeanor case:
        http://ticklishguyscasting.ctyme.com/damato-complaint.pdf
        b. To the Judgment in Plaintiff's criminal misdemeanor case:
        http://ticklishguyscasting.ctyme.com/damato-judgment.pdf
        c. To the PACER Case Summary in Plaintiff's criminal misdemeanor case:
        http://ticklishguyscasting.ctyme.com/damato-case-history.htm
        d. To the Judicial Recommendation in Plaintiff's criminal misdemeanor case:
        http://ticklishguyscasting.ctyme.com/damato-judicial-recommendation.pdf
        <http://ticklishguyscasting.ctyme.com>.

134.    Upon information and belief, the Casting Blog, which
        www.ticklishguyscasting.ctyme.com now hosts, is engaging with individuals in
        New York by asking for their feedback, especially from those who know Plaintiff
        or are interested in the Plaintiff's alleged missteps, as further detailed in
        Paragraphs 122, 124, and 125 above.

<http://ticklishguyscasting.ctyme.com/blog.html>

135.  Upon information and belief, Computer Tyme does not have a traditional Terms of Service provision which governs user conduct to any significant extent. <http://www.ctyme.com/hosting/index.htm>

136.  Computer Tyme states does not so limit the contents of the websites it hosts because:

We are very strong supporters of free speech and free expression and resist any attempts of governments to impose limits on what can be said on the web. Therefore, we allow content that many of the larger hosting companies might not. … But we believe strongly that the web belongs to the people of the world, and that it transcends governmental control. <http://www.ctyme.com/hosting/index.htm>

### www.ticklishguyscasting.net

137.  Upon information and belief, Starr operates www.ticklishguyscasting.net, as he is listed, on WHOIS, as the registrant for the website. <http://who.godaddy.com/whois.aspx?domain=ticklishguyscasting.net&prog_id= godaddy>

138.  Upon information and belief, GoDaddy is the registrar of www.ticklishguyscasting.net, according to WHOIS. <http://who.godaddy.com/whois.aspx?domain=ticklishguyscasting.net&prog_id= godaddy>

139.  Upon information and belief, Defendant Computer Tyme is the website hosting provider for www.ticklishguyscasting.net, as Computer Tyme's servers are listed, in WHOIS, as the server for www.ticklishguyscasting.net. <http://who.godaddy.com/whois.aspx?domain=ticklishguyscasting.net&prog_id= godaddy>

140.  The website www.ticklishguyscasting.net contains a low-quality photograph of Plaintiff, and text, including the following words (which are also displayed in the Casting Blog):

David D'Amato used a high powered New York attorney to try to close down parts of this site. He experienced utter failure and got to pay a nice hefty legal fee for nothing! The site and its contents are still here and will remain here for your viewing pleasure and education. The documents he wanted supressed [sic] included the actual court's conviction and sentencing document - be sure to visit

21

those documents in the court documents section on the website. ...
<http://www.ticklishguyscasting.net>

141. The website www.ticklishguyscasting.net also contains the headline, "The Sound of David P. D'Amato when he is reading the latest edition of [Starr's "newsletter"] the Alliance," followed by an audio clip of a baby crying.
<http://www.ticklishguyscasting.net>

142. At the bottom of the website www.ticklishguyscasting.net is the text, "When you are done laughing, click here to continue...." The word "here" is a hyperlink.
<http://www.ticklishguyscasting.net>

143. By clicking on that hyperlink, one is directed to the web address of http://ticklishguyscasting.ctyme.com/blog.html, the aforementioned Casting Blog.
<http://www.ticklishguyscasting.net>;
<http://ticklishguyscasting.ctyme.com/blog.html>

144. Upon information and belief, www.ticklishguyscasting.net is reaching out to individuals in New York by pulling in those in New York who know, know of, or are interested in Plaintiff with the one page www.ticklishguyscasting.net website and the direct link from that site to the Casting Blog, which also reaches out to individuals in New York, as described in Paragraphs 122, 124, and 125 above.
<http://www.ticklishguyscasting.net>;
<http://ticklishguyscasting.ctyme.com/blog.html>

145. Upon information and belief, because GoDaddy.com is the registrar of www.ticklishguyscasting.net, www.ticklishguyscasting.net is subject to GoDaddy.com's Terms of Service.

146. Upon information and belief, even though Plaintiff noticed GoDaddy of the aforementioned violations of GoDaddy's Terms of Service (as referred to Paragraphs 53 and 54 above), GoDaddy did not take any corrective action to remove this content violative of GoDaddy's Terms of Service (as referred to Paragraphs 53 and 54 above).

147. By not taking corrective action, GoDaddy is thereby condoning Starr's deliberately false postings.

148. In addition, because GoDaddy has not taken corrective action, Plaintiff has suffered irreparable harm.

## FIRST CAUSE OF ACTION: AGAINST DEFENDANT DAVID W. STARR

149. Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in Paragraphs 4-6, 23-24, 26, 28, 30, 33, 36, 38, 46, 56-64, 67, 73, 75,

78, 80, 88, 94, 98-101, 105, 107,112-113, 118,120,122, 127, 129-130, 137, 141, and 147 above.

150.   The statements published by Defendant Starr to the general public on the Internet are false, defamatory in nature, and pertain to Plaintiff.

151.   By reason of the words so published, Plaintiff has been injured in his good name and reputation, has suffered ridicule and contempt, and has been damaged in an amount not less than $5,000,000.

## SECOND CAUSE OF ACTION: AGAINST DEFENDANT KENT BARCLAY

152.   Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in Paragraph 55 above.

153.   The statements, as alleged in Paragraph 55 above, published by Defendant Barclay to the general public on the Internet are false, defamatory in nature, and pertain to Plaintiff.

154.   By reason of the words so published, Plaintiff has been injured in his good name and reputation, has suffered ridicule and contempt, and has been damaged in an amount not less than $5,000,000.

## THIRD CAUSE OF ACTION: AGAINST DEFENDANT DAVID W. STARR

155.   Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in the paragraphs above.

156.   The publication of the aforementioned statements by Defendant Starr was extreme and outrageous and was done with the intent of causing Plaintiff severe emotional distress, did cause Plaintiff to suffer severe emotional distress, and was the direct and proximate cause of the severe emotional distress and other harm suffered by the Plaintiff.

157.   By reason of the words so published, Plaintiff has suffered severe emotional distress and has damaged Plaintiff in an amount not less than $5,000,000.

## FOURTH CAUSE OF ACTION: AGAINST DEFENDANT DAVID W. STARR

158.   Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in the paragraphs above.

159.   Defendant David W. Starr, without Plaintiff's written consent, photographs of Plaintiff, as alleged in Paragraphs 122(c), 122(o), and 140 above, to post to the

internet, including to those accessing the Internet within New York, for advertising purposes and for the purposes of trade.

160.     Specifically, Defendant David W. Starr, without Plaintiff's written consent, utilized photographs of Plaintiff, as alleged in Paragraphs 122(c), 122(o), and 140 above, to promote his websites, including the aforementioned website, and to generate revenue for his "Adult Casting" business.

161.     By and through the unauthorized use of Plaintiff's photograph for advertising purposes, Defendant David W. Starr has violated New York Civil Rights Law §51.

162.     By reason of such unauthorized and unlawful use, Plaintiff has suffered irreparable harm and has been damaged in an amount not less than $5,000,000.

## FIFTH CAUSE OF ACTION: AGAINST MAGIC TOUCH PRODUCTIONS, KENT BARCLAY, GODADDY.COM, INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM, BLOGSPOT.COM, BLOGGER.COM, PYRA.COM, LTD, GOOGLE.COM, THEPLANET.COM, and COMPUTER TYME HOSTING

163.     Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in the paragraphs above.

164.     In the weeks prior to the filing of this Complaint, Plaintiff informed the above-named Defendants of the falsity of the statements published by Defendant David W. Starr, but the above-named Defendants refused to remove the aforementioned false statements, which statements violated the Terms of Service of the above-named Defendants.

165.     By reason Defendants' failure to remove those false statements published by Defendant David W. Starr, Plaintiff continues to suffer irreparable harm for which there is no adequate remedy at law.

## SIXTH CAUSE OF ACTION: AGAINST MAGIC TOUCH PRODUCTIONS, KENT BARCLAY, GODADDY.COM, INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM, BLOGSPOT.COM, GOOGLE.COM, BLOGGER.COM, PYRA.COM, LTD, THEPLANET.COM, and COMPUTER TYME HOSTING,

166.     Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in the paragraphs above.

167.     Defendants named above had a duty to keep the aforementioned deliberately false content about Plaintiff off Defendant's websites and blogs, breached that duty,

and were, forseeably (because of their failure to remove that defamatory content though they had the ability and control over the websites and blogs to do so), the direct and proximate cause of Plaintiff's injuries.

168.    By reason of Defendants' actions, Plaintiff continues to suffer irreparable harm for which there is no adequate remedy at law.

### SEVENTH CAUSE OF ACTION: AGAINST MAGIC TOUCH PRODUCTIONS, KENT BARCLAY, GODADDY.COM, INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM, BLOGSPOT.COM, BLOGGER.COM, PYRA.COM, LTD, GOOGLE.COM, and THEPLANET.COM

169.    Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in the paragraphs above.

170.    Defendants, through the applicable written Terms of Service of each Defendant or of the entity governing the use each Defendant's web space, has promised and established a policy regarding the prohibition of abusive or harassing content on Defendants' respective websites and blogs.

171.    Each and every Defendant has failed to abide by those policies and promises and each and every Defendant, but failing to abide thereto, has breached the policies and promises applicable to its web space.

172.    By reason of these breaches, Plaintiff continues to suffer irreparable harm for which there is no adequate remedy at law.

### EIGHTH CAUSE OF ACTION: AGAINST ALL DEFENDANTS

173.    Plaintiff incorporates by reference, as if fully stated herein, all allegations contained in the paragraphs above.

174.    Plaintiff will succeed on the merits of Plaintiff's case, but has no adequate remedy at law for the damage done by Defendants by posting or by permitting and hosting the continued hosting of the aforementioned deliberately false statements regarding Plaintiff.

175.    If the aforementioned postings are not removed and if new postings continue to be made, Plaintiff will continue to suffer irreparable harm to his reputation, to his future employment and career prospects, and to his family.

176.    A permanent injunction must be granted against all Defendants, especially Defendant David Starr, enjoining all Defendants from posting, hosting, or otherwise facilitating the future or continued posting of the aforementioned or

similar deliberately false statements, private information, or any other statements or information about Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays for a Judgment of this Court and/or jury against Defendants as follows:

A) On his first cause of action, Plaintiff demands judgment against Defendant David W. Starr in a sum not less than $5,000,000, together with the costs and disbursements of this action;

B) On his second cause of action, Plaintiff demands judgment against Defendant Kent Barclay in a sum not less than $5,000,000, together with the costs and disbursements of this action;

C) On his third cause of action, Plaintiff demands judgment against Defendant David W. Starr in a sum not less than $5,000,000, together with the costs and disbursements of this action;

D) On his fourth cause of action, Plaintiff demands judgment against Defendant David W. Starr in a sum not less than $5,000,000, together with the equitable relief requested in Paragraph H) below, and the costs and disbursements of this action.

E) On his fifth cause of action, Plaintiff respectfully requests that this Court grant, against each of the aforementioned Defendants, the equitable relief requested in Paragraph H) below, and, the costs and disbursements of this action;

F) On his sixth cause of action, Plaintiff respectfully requests that this Court grant, against each of the aforementioned Defendants, the equitable relief requested in Paragraph H) below, and, the costs and disbursements of this action;

G) On his seventh cause of action, Plaintiff respectfully requests that this Court grant, against each of the aforementioned Defendants, the equitable relief requested in Paragraph H) below, and, the costs and disbursements of this action;

H) On his eighth cause of action, Plaintiff respectfully requests this Court grant a temporary restraining order and a permanent injunction, enjoining Defendants, especially Defendant David W. Starr, from hosting, posting, or otherwise facilitating the continued or future posting of the aforementioned or similar deliberately false statements, private or personal information, or anything else relating to Plaintiff and, also, ordering Defendant to remove any and all current postings about Plaintiff, together with the costs and disbursements of this action;

I) On his fifth, sixth, seventh, and eighth causes of action, should this Court not grant Plaintiff's request for injunctive relief, Plaintiff respectfully requests this Court issue an order that Defendants remove any and all Internet postings found

27

by the jury to be libelous and/or revealing **of per**sonal or private information; and

J)       For such other and further relief as this Court deems just and proper.

Dated: Carle Place, New York
          May 18, 2006

                                   Respectfully submitted,
                                   LEEDS MORELLI & BROWN, P.C.
                                   *Attorneys for Plaintiff*
                                   _____
                                   Robert J. Valli, Jr. (RV-9995)
                                   One Old Country Road, Suite
                                   Carle Place, New York 11514
                                   (516) 873-9550 (Phone)
                                   (516) 747-5024 (Facsimile)

F:\unit-1\d'amato, David\Federal Court Complaint Final.doc

28