```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    DAVID D'AMATO,                                          :
                                                            :
                            Plaintiff,                      :
                                                            :
            - against -                                     :
                                                            :
    DAVID W. STARR, MAGIC TOUCH                             :
    PRODUCTIONS, KENT BARCLAY,                              :
    ET AL.,                                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 27 2007 ★

BROOKLYN OFFICE

**ORDER TRANSFERRING ACTION**

CV-06-2429 (BMC) (WDW)

**COGAN, District Judge.**

It appearing that personal jurisdiction is lacking over defendants in this action but jurisdiction may be found in the Central District of California, the Clerk of the Court is directed to transfer this action to the United States District Court for the Central District of California in the interests of justice pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

/s/(BMC)

U.S.D.J.

Dated: Brooklyn, New York
       March 23, 2007